UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GILBERT MICHAEL GREENWOOD,<br><br>                            Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY, *et al.*,<br><br>                            Defendants. | Case No. C21-5874-JHC-MLP<br><br>ORDER STRIKING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME |

      This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court on Plaintiff's second motion for an extension of time to file a response to Defendants' pending motion to dismiss. (Dkt. # 26.) Defendants filed their motion to dismiss on April 20, 2022, and the motion was originally noted for consideration on May 20, 2022. (Dkt. # 14.) Shortly thereafter, Plaintiff filed a motion requesting additional time to file his response on the grounds that he was then recovering from cervical fusion surgery and had physical limitations that interfered with his ability to prepare a response. (*See* dkt. # 17.) The Court granted Plaintiff

ORDER STRIKING PLAINTIFF'S
SECOND MOTION FOR EXTENSION
OF TIME - 1

an extension of time until July 18, 2022, to file his response to Defendants' motion to dismiss. (Dkt. # 21.)

On July 1, 2022, Plaintiff filed his second motion for extension of time requesting that he be granted an additional extension until August 12, 2022, to file his response to Defendants' motion to dismiss. (Dkt. # 26.) However, a review of the record reveals that Plaintiff timely filed his response to Defendants' motion to dismiss on July 15, 2022. (Dkt. # 27.) Plaintiff's motion for a second extension of time is therefore moot.

Based on the foregoing, the Court hereby ORDERS as follows:

(1)  Plaintiff's second motion for an extension of time (dkt. # 26) is STRICKEN from the Court's calendar.

(2)  The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable John H. Chun.

Dated this 20th day of July, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S
SECOND MOTION FOR EXTENSION
OF TIME - 2