UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GILBERT MICHAEL GREENWOOD,<br><br>                    Plaintiff,<br><br>     v.<br><br>PIERCE COUNTY, *et al.*,<br><br>                    Defendants. | Case No. C21-5874-JHC<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS |

The Court, having reviewed Plaintiff's amended complaint, Defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, the objections thereto (Dkt. # 33), and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted.

(2)     Defendants' motion to dismiss (dkt. # 14) is GRANTED as to Defendant Pierce County and DENIED as to Defendant Dr. Miguel Balderrama.

(3)     Plaintiff's amended complaint (dkt. # 8) and this action are DISMISSED with prejudice as to Defendant Pierce County.

ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANTS'
MOTION TO DISMISS - 1

(4) Plaintiff's "Motion to Delay Plaintiff['s] Response to Defendants' Response to Plaintiff's Objection to Report and Recommendation and Response to Motion for Leave to File Amended Complaint [and] Motion to Delay Other Normal Responses" (Dkt. # 36) is DENIED as unsupported by the applicable rules.

(4) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Peterson.

DATED this 12th day of October, 2022.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANTS'
MOTION TO DISMISS - 2