UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GILBERT MICHAEL GREENWOOD,

                Plaintiff,

   v.

PIERCE COUNTY, *et al.*,

                Defendants.

Case No. C21-5874-JHC-MLP

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF PRETRIAL DEADLINES

     This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court on Plaintiff's motion for an extension of the pretrial deadlines set forth by the Court in an Order issued on November 1, 2022. (Dkt. # 43.) That Order established a discovery deadline of February 10, 2023, and a dispositive motion filing deadline of March 10, 2023. (*See* dkt. # 40.) Plaintiff now seeks a 60-day extension of those deadlines citing delays in obtaining access to the law library at the facility where he is confined, a physical disability which slows the research process for him, and programming requirements that interfere with his ability to efficiently litigate this action. (*See* dkt. # 43 at 2.) Plaintiff indicates that he has obtained information through initial discovery that requires follow-up, and he suggests that information

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF
PRETRIAL DEADLINES - 1

obtained through follow-up discovery may prompt him to seek leave to amend his complaint to add new defendants. (*See id*.) Defendant has not opposed the requested extension.

Given the delays Plaintiff has experienced in obtaining access to the law library at his facility and the fact that he has apparently been actively engaged in discovery, and in light of Defendant's lack of objection to Plaintiff's motion, the Court deems it appropriate to grant the requested extension.

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff's request for an extension of the pretrial deadlines previously established in this case (dkt. # 43) is GRANTED. The discovery deadline is extended to ***April 11, 2023***, and the dispositive motion filing deadline is extended to ***May 11, 2023***. Plaintiff is advised that no further extensions of the pretrial deadlines will be granted.

(2) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendant, and to the Honorable John H. Chun.

Dated this 28th day of December, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF
PRETRIAL DEADLINES - 2